NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**BELDEN INC.,**
*Appellant,*

v.

**BERK-TEK LLC,**
*Appellee.*

2014-1676

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00058.

--------------------------------------------------------------------------------

**BELDEN INC.,**
*Appellant,*

v.

**BERK-TEK LLC,**
*Appellee.*

2014-1677

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00069.

---

**ON MOTION**

---

**O R D E R**

Appellant moves without opposition to consolidate the above-captioned appeals.

Upon consideration thereof

IT IS ORDERED THAT:

(1) The motion is granted to the extent that the above-captioned appeals shall be considered companion cases and assigned to the same merits panel for oral argument.

(2) Appellant's opening briefs, each not to exceed 14,000 words, in these appeals shall be due no later than October 3, 2014. All other briefs shall be filed in accordance with Fed. Cir. R. 32.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26