NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**BELDEN INC.,**
*Appellant,*

v.

**BERK-TEK LLC,**
*Appellee.*

2014-1676

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00058.

---

**BELDEN INC.,**
*Appellant,*

v.

**BERK-TEK LLC,**
*Appellee.*

2014-1677

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00069.

---

**ON MOTION**

---

**O R D E R**

Appellee moves without opposition for a 7-day extension of time to file its brief in both appeals.

Upon consideration thereof

IT IS ORDERED THAT:

The motions are granted. Appellee's briefs in both appeals are due no later than 47 days after the filing of appellant's briefs.

                            FOR THE COURT

                            /s/ Daniel E. O'Toole
                            Daniel E. O'Toole
                            Clerk of Court

s26