# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

14-1676 - Belden Inc. v. Berk-Tek LLC

Reply Brief

## ORDER

The foregoing, having been received and examined is not in compliance with the rules of this court and is therefore rejected for filing at this time.

A corrected brief or appendix must be filed within 14 days from the date of this order or there could be adverse consequences. **Please read this letter carefully as some of the items may not apply to your appeal.**

- If the submission is rejected due to the principal attorney not filing an **Entry of Appearance and/or Docketing Statement**, you do not need to comply with the below mentioned items. Promptly submit the required form(s) [form(s) can be obtained on the court's website www.cafc.uscourts.gov]. Once the entry of appearance and/or docketing statement is received, your brief will be accepted for filing.
- If the submission is rejected for being **out of time**, you do not need to comply with the below mentioned items. Leave of court, requested by motion, to file the submission out of time is required.

The deficiencies are set forth in the attached listing. <u>The following shall apply when making corrections</u>:

1. The corrected brief must have the word "CORRECTED" on the cover.
2. The corrected version must be served on all counsel.
3. The corrected version must be accompanied by a new proof of service.
4. The deficiencies cited in this order must be the only changes made to the brief or appendix.

Calculation for the next filing starts from the mail service date of the original version, not the corrected version.

FOR THE COURT

December 05, 2014

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

cc: Matthew A. Ambros
Matthew B. Lowrie
Aaron W. Moore

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

### 14-1676 - Belden Inc. v. Berk-Tek LLC

The Reply Brief has been rejected for following reasons:

- Incorrect event used. The document must be refiled using the event: Brief/Appendix with the relief Opening Brief

- Attorney Sofer is not a registered ECF filer with this court. Pursuant to Rule ECF-2, attorneys who appear before this court must register for ECF. Mr. Sofer should register for ECF as soon as possible at www.pacer.gov

- All counsel of record are reminded of their responsibility per Fed. Cir. R. 47.4(a), Fed. Cir. R. 47.3 and ECF-2(E) to promptly submit an amended Certificate of Interest (COI) and/or Entry of Appearance (EOA) as information changes during the pendency of the appeal. Failure to comply with these Rules may delay the timely processing of your case or result in adverse action

    -address of attorney Sofer & Antrim does not ECF